# ELECTRONIC RECORD

1588-14
1589-14

COA # 14-13-00796-CR

OFFENSE: Aggravated Sexual Assault

STYLE: Luis Roberto Gonzalez v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 176th District Court

DATE: October 30, 2014    Publish: No

TC CASE #:1344119

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Luis Roberto Gonzalez v The State of Texas

CCA # _____

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: ___02/25/2015___

JUDGE: ___Per Curiam___

CCA Disposition: 1588-14; 1589-14

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____